AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

Funds in Industrial Bank, NA checking account number xx9481 up to and including $445,170, held in the name of "Stop and Shop Liquors."

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

CASE NUMBER:

I _____John J. Doyle_____ being duly sworn depose and say:

I am a(n) _Special Agent with the U.S. Immigration and Customs Enforcement_ and have reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Funds in Industrial Bank NA checking account number xx9481, up to and including $445,170, held in the name of "Stop and Shop Liquors."

which is (state one or more bases for seizure under the United States Code)

subject to seizure under 18 U.S.C. § 981(b) as property subject to forfeiture, pursuant to 31 U.S.C. § 5317(c)(2) (civil forfeiture of property involved in structuring transactions to evade reporting requirements in violation of 31 U.S.C. § 5324(a))

concerning a violation of Title 31 United States Code, Section(s) _5324(a)_. The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    ☐ NO

William R. Cowden
Asset Forfeiture Unit, Criminal Division
(202) 307-0258

Signature of Affiant
John J. Doyle, Special Agent
Immigration and Customs Enforcement

Sworn to before me, and subscribed in my presence

_____    at Washington, D.C.
Date

_____    _____
Name and Title of Judicial Officer    Signature of Judicial Officer