AO109(2/90) Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

Funds in Industrial Bank, NA checking account number 979481, up to and including $445,170, held in the name of "Stop and Shop Liquors."

**SEIZURE WARRANT**

CASE NUMBER: 05-0419M-01

TO: <u>John J. Doyle, ICE</u>, and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent John J. Doyle</u> who has reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Funds in Industrial Bank, NA checking account number 979481
up to and including $445,170, held in the name of "Stop and Shop Liquors."

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUL 27 2005 @ 10:35 am   at Washington, D. C.

Date and Time Issued

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer          Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 7/27/2005 | 7/27/2005 1230 pm | Patrice Davenport, Customer Service Assoc. |

INVENTORY MADE IN THE PRESENCE OF

Special Agent Steve Soggin (ICE)

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

- Industrial Bank check #387669 made payable to U.S. Customs and Border Protection for $225,444.14.

FILED

AUG 0 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____     8-1-05
U.S. Judge or U.S. Magistrate Judge     Date